IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-154-BR(2)

| | |
|---|---|
| NETPLANNER SYSTEMS, INC. *for the use and benefit of the United States* | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GSC CONSTRUCTION, INC., and LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

    Before the Court is a Joint Motion For Telephonic Pretrial Conference. For good cause shown, the motion is GRANTED. The final pretrial conference presently scheduled to occur before the undersigned shall be convened telephonically. The parties are DIRECTED to use the call-in instructions provided for the October 30, 2017, conference. (*See* Sealed Notice [DE #42].)

    SO ORDERED, this 1st day of November 2017.

KIMBERLY A. SWANK
United States Magistrate Judge